UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CRIMINAL MINUTES - INITIAL APPEARANCE

6:16-MJ-6041-1-HAI     At LONDON     Date: June 22, 2016

U.S.A. v.   Mark Sawaf     X present  X custody    OR AGE:

DOCKET ENTRY: Defendant requested a preliminary hearing. The matter is scheduled for a preliminary hearing on **June 28, 2016 commencing at 3:30 p.m.** The United States made an oral motion for detention of Defendant, and counsel for Defendant requested a continuance of the detention hearing. The matter is scheduled for a detention hearing immediately following the preliminary hearing. The Court finds the United States has a right to the detention hearing based on the charges.

In the event this hearing is transcribed, the ex parte portion of the hearing shall be filed UNDER SEAL.

Defendant was notified of his consular notification rights per the Vienna Convention on Consular Relations.

The affidavit in support of the complaint, DE 1-1 is ORDERED sealed. The United States shall promptly file a redacted Affidavit.

PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE

 Sheila Douglas        Audio File Number         Andrew Trimble
 Deputy Clerk            Court Reporter         Assistant U.S. Attorney

I, Sheila Douglas, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-16-mj-6041-HAI-1_20160622_155600.

COUNSEL FOR DEFENDANT: Travis Rossman   X present __retained  X appointed

PROCEEDINGS: INITIAL APPEARANCE

**X**     Copy of complaint given to the defendant.

**X**     Defendant states true name is correct as listed on the complaint.

**X**     Defendant requests the Court to appoint counsel.

**X**     The Court reviewed Defendant's financial affidavit and conducted a closed hearing outside the presence of the United States. Based upon statements made by Defendant and the financial affidavit, the Court determines that Defendant qualifies for CJA appointment.

**X**     The Court appoints  Travis Rossman   as counsel for Defendant under the terms of the Criminal Justice Act.

**X**     Defendant advised of Constitutional Rights pursuant to Rule 5(d).

**X**     Defendant advised of the nature of charges and possible penalties.

| **X** | The Court verified that the United States was pursuing appropriate notification of potential victim(s), per 18 U.S.C. § 3771. |
|---|---|
| __ | Defendant released pursuant to the terms and conditions set forth in the Order Setting Conditions of Release |
| **X** | Defendant remanded to the custody of the United States Marshal. |
| **X** | US Probation Office directed to prepare and circulate the Pretrial Services Report to counsel via email. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as required by 18 U.S.C. §3153(c)(1). Counsel shall either return the pretrial services report prepared by the United States Probation Office to the USPO, or shall permanently delete/destroy all copies thereof (such as electronic copies in an inbox or sent mail folder). |

Copies: COR, USP, USM,

Clerk: syd

TIC: 21 min.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge