UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:16-MJ-6041-HAI        At LONDON        Date: June 28, 2016

PRESENT: HON. HANLY A. INGRAM, U.S. MAGISTRATE JUDGE

| Sheila Douglas | Audio File Number | Andrew Trimble |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Atty. |

I, Sheila Douglas, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-16-mj-6041-1-HAI_20160628_152920 and KYED-LON_6-16-MJ-6041-1-HAI-PART TWO_20160628_164330.

| DEFENDANT: | ATTORNEY FOR DEFENDANT: |
|---|---|
| Mark Sawaf (Present)(Custody) | Travis Rossman(Present)(CJA) |

PROCEEDINGS: Preliminary Hearing and Detention Hearing

This matter was called for a preliminary and detention hearing, with counsel and Defendant present as noted. Also present was United States Probation Officer Tyler Prewitt.

Defendant waived his right to a preliminary hearing. The Court proceeded by conducting an inquiry to establish that the waiver of the preliminary hearing was competently, knowingly, voluntarily and intelligently entered into by the defendant, and is consistent with the advice of his counsel. The waiver was accepted and the Court finds that the defendant shall be held to answer to the pending charges and appear for all further proceedings herein.

Immediately following the preliminary hearing, presentation of evidence was begun and concluded on the issue of detention. The Court heard both counsel as to § 3142(g) issues. The matter of detention stands submitted to the Court for decision.

Defendant remanded to the custody of the United States Marshal pending further orders of this Court.

Copies To:
USA, USP

Clerk's Initials: syd

TIC: Prel Hrg 8 min.;
Det. 2 hr 4 min.

Signed By:
Hanly A. Ingram
United States Magistrate Judge