AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    KENTUCKY (SOUTHERN DIV)

| UNITED STATES OF AMERICA V. MARK SAWAF | EXHIBIT AND WITNESS LIST  Case Number: 6:16-MJ-6041-1-HAI |
|---|---|

| PRESIDING JUDGE HANLY A. INGRAM | PLAINTIFF'S ATTORNEY ANDREW TRIMBLE | DEFENDANT'S ATTORNEY TRAVIS ROSSMAN |
|---|---|---|
| TRIAL DATE (S) Detention Hrg 6/28/16 | COURT REPORTER AUDIO FILE NUMBER | COURTROOM DEPUTY SHEILA DOUGLAS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 6/28/2016 | | | WITNESS: ATF Special Agent Todd Tremaine |
| E-1 | | 6/28/2016 | X | X | Photo of Hall's hand |
| E-2 | | 6/28/2016 | X | X | Photo of Hall's garage |
| E-3 | | 6/28/2016 | X | X | ATF photo of trail camera in Hall's possession |
| E-4 | | 6/28/2016 | X | X | ATF photo of wire pulled from trash |
| E-5 | | 6/28/2016 | X | X | ATF photo of camera warranty manual |
| E-6 | | 6/28/2016 | X | X | ATF photo of items from trash pull |
| E-7 | | 6/28/2016 | X | X | ATF photo of note |
| E-8 | | 6/28/2016 | X | X | Photo of destructive device |
| E-9 | | 6/28/2016 | X | X | ATF photo of Sawaf residence |
| E-10 | | 6/28/2016 | X | X | ATF photo of device hobby fuse |
| E-11 | | 6/28/2016 | X | X | ATF photo of flash light |
| E-12 | | 6/28/2016 | X | X | ATF photo plastic container |
| | W-1 | 6/28/2016 | | | WITNESS: John Amir Sawaf |
| | W-2 | 6/28/2016 | | | WITNESS: Nancy Byrd Penn |

Eastern District of Kentucky
**FILED**
JUN 28 2016
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages